
AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2018

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Pratter, Gene E. | U.S. District Court, E.D. Pa. | 04/26/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

10613 United States Courthouse
Sixth & Market Streets
Philadelphia, PA 19106-1723

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-Trustee | Trust #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2018 | University of Pennsylvania Law School (Adjunct Professor) | $10,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | Cohen, Placitella & Roth (Attorney) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association | April 10-11, 2018 | Washington, DC | 2018 Antitrust Law Spring Meeting | Transportation, lodging, meals |
| 2. | American Chamber of Commerce in Bulgaria | November 2-12, 2018 | Sofia, Bulgaria | Conference on the Rule of Law | Transportation, lodging, meals |
| 3. | Northwestern Pritzker School of Law | November 28-29, 2018 | Chicago, IL | Contemporary Issues in Complex Litigation Conference | Transportation, lodging, meals |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E. | 04/26/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | Credit Card | K |
| 2. | Bank of America | Credit Card | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E. | 04/26/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period<br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br><br>(2)<br>Type (e.g.,<br>div., rent,<br>or int.) | C.<br>Gross value at end<br>of reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D.<br>Transactions during reporting period<br>(1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | <br><br>(2)<br>Date<br>mm/dd/yy | <br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Schwab Money Market Fund - Retirement #5 | A | Dividend | J | T | | | | | |
| 2. | BlackRock Low Duration - Retirement #5 | A | Dividend | K | T | | | | | |
| 3. | DFA Global Equity - Retirement #5 | B | Dividend | L | T | | | | | |
| 4. | Schwab Money Market Fund - Retirement #6 | A | Dividend | J | T | | | | | |
| 5. | BlackRock Low Duration - Retirement #6 | A | Dividend | K | T | | | | | |
| 6. | DFA Global Equity - Retirement #6 | B | Dividend | K | T | | | | | |
| 7. | DFA US Micro Cap - Retirement #7 | D | Dividend | L | T | Sold (part) | 01/17/18 | J | B | |
| 8. | DFA Emerging Markets Core Equity - Retirement #7 | C | Dividend | M | T | Sold (part) | 01/17/18 | K | C | |
| 9. | DFA International Small Value - Retirement #7 | D | Dividend | M | T | Sold (part) | 01/17/18 | K | C | |
| 10. | DFA International Value - Retirement #7 | E | Dividend | M | T | Sold (part) | 01/17/18 | J | A | |
| 11. | DFA One Year Fixed - Retirement #7 | D | Dividend | N | T | Buy (add'l) | 01/17/18 | L | | |
| 12. | DFA US Small Cap Value - Retirement #7 | D | Dividend | L | T | Sold (part) | 01/17/18 | K | C | |
| 13. | DFA US Large Cap Value - Retirement #7 | E | Dividend | M | T | Sold (part) | 01/17/18 | K | C | |
| 14. | Dodge & Cox Stock - Retirement #7 | E | Dividend | N | T | Buy (add'l) | 01/17/18 | L | | |
| 15. | First Eagle Overseas - Retirement #7 | D | Dividend | M | T | | | | | |
| 16. | Hotchkis & Wiley Mid Value - Retirement #7 | D | Dividend | M | T | Buy (add'l) | 04/17/18 | K | | |
| 17. | Morgan Stanley International Equity - Retirement #7 | E | Dividend | L | T | Sold (part) | 06/06/18 | K | A | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4)<br>2. Value Codes<br>(See Columns C1 and D3)<br><br>3. Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |
|---|---|---|---|---|---|

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E. | 04/26/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 18. | Morgan Stanley Emerging Markets - Retirement #7 | D | Dividend | L | T | Sold (part) | 01/17/18 | J | C | |
| 19. | Royce Opportunity - Retirement #7 | D | Dividend | M | T | Sold (part) | 01/17/18 | J | B | |
| 20. | Schwab Money Market Fund - Retirement #7 | A | Dividend | L | T | | | | | |
| 21. | Westcore Intl Small Cap - Retirement #7 | E | Dividend | K | T | Sold (part) | 06/06/18 | J | D | |
| 22. | Westcore Mid Cap Value - Retirement #7 | E | Dividend | M | T | Buy (add'l) | 04/17/18 | K | | |
| 23. | William Blair Large Growth - Retirement #7 | E | Dividend | N | T | | | | | |
| 24. | Metropolitan West Total Return - Retirement #7 | D | Dividend | N | T | | | | | |
| 25. | BlackRock Low Duration - Retirement #7 | D | Dividend | N | T | Buy (add'l) | 01/17/18 | K | | |
| 26. | Ivy Mid Growth - Retirement #7 | E | Dividend | M | T | Sold (part) | 01/17/18 | K | C | |
| 27. | Ivy Mid Growth - Retirement #7 | | None | | | Sold (part) | 06/06/18 | K | D | |
| 28. | DFA Global Real Estate - Retirement #7 | E | Dividend | M | T | | | | | |
| 29. | Victory Global Natural Resources - Retirement #7 | | None | | | Sold | 04/17/18 | L | A | |
| 30. | MainGate MLP - Retirement #7 | E | Dividend | | | Sold | 12/20/18 | M | A | |
| 31. | William Blair Small Growth - Retirement #7 | E | Dividend | L | T | | | | | |
| 32. | Morgan Stanley AIP - Retirement #7 | D | Dividend | N | T | | | | | |
| 33. | DFA International Large Growth - Retirement #7 | C | Dividend | L | T | Sold (part) | 06/06/18 | K | C | |
| 34. | DFA Short Term Gov't - Retirement #7 | C | Dividend | N | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E. | 04/26/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | DFA US Small Growth - Retirement #7 | D | Dividend | L | T | | | | | |
| 36. | DFA Intl Small Growth - Retirement #7 | C | Dividend | K | T | Sold<br>(part) | 01/17/18 | K | B | |
| 37. | Schwab Money Market Fund - Trust #1 | A | Dividend | K | T | | | | | |
| 38. | Dodge & Cox Stock - Trust #1 | C | Dividend | L | T | | | | | |
| 39. | First Eagle Overseas - Trust #1 | B | Dividend | K | T | | | | | |
| 40. | Hotchkis & Wiley Mid Cap Value - Trust #1 | A | Dividend | K | T | Buy<br>(add'l) | 04/17/18 | J | | |
| 41. | Morgan Stanley International Equity - Trust #1 | A | Dividend | | | Sold | 12/10/18 | K | A | |
| 42. | Royce Opportunity - Trust #1 | B | Dividend | K | T | Sold<br>(part) | 03/14/18 | J | A | |
| 43. | Westcore Mid Cap Value - Trust #1 | B | Dividend | K | T | Buy<br>(add'l) | 04/17/18 | J | | |
| 44. | DFA Tax Managed Marketwide Value -<br>Trust #1 | C | Dividend | K | T | Sold<br>(part) | 03/14/18 | J | A | |
| 45. | DFA US Micro Cap - Trust #1 | A | Dividend | K | T | | | | | |
| 46. | DFA Intl Small Cap Value - Trust #1 | A | Dividend | | | Sold | 12/11/18 | K | A | |
| 47. | Westcore Intl Small Cap - Trust #1 | C | Dividend | K | T | Sold<br>(part) | 03/14/18 | J | B | |
| 48. | DFA Int'l Value - Trust #1 | B | Dividend | K | T | | | | | |
| 49. | DFA US Small Value - Trust #1 | B | Dividend | K | T | Sold<br>(part) | 03/14/18 | J | A | |
| 50. | DFA Short Term Muni - Trust #1 | A | Dividend | K | T | | | | | |
| 51. | Metropolitan West Total Return - Trust #1 | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E. | 04/26/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 52. | William Blair Small Cap Growth - Trust #1 | C | Dividend | K | T | | | | | |
| 53. | DFA Global Real Estate - Trust #1 | B | Dividend | K | T | | | | | |
| 54. | MainGate MLP - Trust #1 | B | Dividend | | | Sold | 12/07/18 | K | B | |
| 55. | Victory Global Resources - Trust #1 | | None | | | Sold | 04/17/18 | J | B | |
| 56. | DFA Emerging Markets - Trust #1 | B | Dividend | L | T | Sold (part) | 03/14/18 | J | C | |
| 57. | DFA International Large Growth - Trust #1 | A | Dividend | K | T | | | | | |
| 58. | Ivy Mid Growth - Trust #1 | C | Dividend | K | T | | | | | |
| 59. | William Blair Large Growth - Trust #1 | D | Dividend | M | T | | | | | |
| 60. | Thornburg Limited Term Muni - Trust #1 | A | Dividend | K | T | Buy (add'l) | 03/14/18 | K | | |
| 61. | DFA US Small Growth - Trust #1 | B | Dividend | K | T | | | | | |
| 62. | iShares MSCI EAFE ETF - Trust #1 | A | Dividend | K | T | Buy | 12/10/18 | K | | |
| 63. | iShares MSCI EAFE Small Cap ETF - Trust #1 | A | Dividend | K | T | Buy | 12/11/18 | K | | |
| 64. | DFA Tax Mgd US Marketwide Value - Brokerage #1 | B | Dividend | J | T | Sold (part) | 09/05/18 | J | A | |
| 65. | DFA US Small Value - Brokerage #1 | A | Dividend | J | T | Sold (part) | 09/05/18 | J | B | |
| 66. | DFA US Small Value - Brokerage #1 | | None | | | Sold (part) | 12/04/18 | J | B | |
| 67. | DFA Emerging Markets Core Equity - Brokerage #1 | A | Dividend | J | T | | | | | |
| 68. | DFA Tax Mgd International Value - Brokerage #1 | A | Dividend | J | T | Sold (part) | 12/04/18 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E. | 04/26/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | First Eagle Overseas - Brokerage #1 | A | Dividend | J | T | | | | | |
| 70. | Morgan Stanley International Equity - Brokerage #1 | A | Dividend | J | T | | | | | |
| 71. | Schwab Money Market Fund - Brokerage #1 | A | Dividend | J | T | | | | | |
| 72. | Hotchkis & Wiley Mid Cap Value Brokerage #1 | A | Dividend | J | T | | | | | |
| 73. | William Blair Large Growth - Brokerage #1 | C | Dividend | K | T | Sold<br>(part) | 09/05/18 | J | B | |
| 74. | William Blair Large Growth - Brokerage #1 | | None | | | Sold<br>(part) | 12/04/18 | J | A | |
| 75. | William Blair Small Cap Growth - Brokerage #1 | B | Dividend | J | T | Sold<br>(part) | 07/16/18 | J | A | |
| 76. | William Blair Small Cap Growth - Brokerage #1 | | None | | | Sold<br>(part) | 09/05/18 | J | A | |
| 77. | Westcore Mid Cap Value - Brokerage #1 | A | Dividend | J | T | | | | | |
| 78. | DFA Int'l Small Value - Brokerage #1 | A | Dividend | J | T | | | | | |
| 79. | Metropolitan West Total Return - Brokerage #1 | B | Dividend | K | T | | | | | |
| 80. | Thornburg Limitd Term Municipal - Brokerage #1 | B | Dividend | K | T | Sold<br>(part) | 10/11/18 | J | A | |
| 81. | DFA Global Real Estate - Brokerage #1 | A | Dividend | J | T | Sold<br>(part) | 09/05/18 | J | A | |
| 82. | DFA Global Real Estate - Brokerage #1 | | None | | | Sold<br>(part) | 12/04/18 | J | B | |
| 83. | Dodge & Cox Stock - Brokerage #1 | B | Dividend | K | T | Sold<br>(part) | 07/16/18 | J | A | |
| 84. | Dodge & Cox Stock - Brokerage #1 | | None | | | Buy<br>(add'l) | 12/20/18 | J | | |
| 85. | MainGate MLP - Brokerage #1 | A | Dividend | | | Sold<br>(part) | 12/04/18 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  MainGate MLP - Brokerage #1 | | None | | | Sold | 12/20/18 | J | A | |
| 87.  Royce Opportunity - Brokerage #1 | A | Dividend | J | T | Sold (part) | 07/16/18 | J | A | |
| 88.  DFA US Micro Cap - Brokerage #1 | A | Dividend | J | T | | | | | |
| 89.  DFA Int'l Large Growth - Brokerage #1 | A | Dividend | J | T | Sold (part) | 09/05/18 | J | A | |
| 90.  Ivy Mid Growth - Brokerage #1 | B | Dividend | J | T | Sold (part) | 07/16/18 | J | B | |
| 91.  Ivy Mid Growth - Brokerage #1 | | None | | | Sold (part) | 09/05/18 | J | B | |
| 92.  DFA Intl Small Growth - Brokerage #1 | A | Dividend | | | Sold (part) | 09/05/18 | J | A | |
| 93.  DFA Intl Small Growth - Brokerage #1 | | None | | | Sold | 12/11/18 | J | A | |
| 94.  iShares MSCI EAFE Small Cap ETF - Brokerage #1 | A | Dividend | J | T | Buy | 12/11/18 | J | | |
| 95.  DFA US Micro Cap - Brokerage #2 | A | Dividend | J | T | | | | | |
| 96.  DFA Tax Mgd Marketwide Value - Brokerage #2 | B | Dividend | K | T | | | | | |
| 97.  DFA US Small Value - Brokerage #2 | A | Dividend | J | T | | | | | |
| 98.  Dodge & Cox Stock - Brokerage #2 | B | Dividend | K | T | Buy (add'l) | 12/20/18 | J | | |
| 99.  First Eagle Overseas - Brokerage #2 | A | Dividend | J | T | | | | | |
| 100. Hotchkis & Wiley Mid Cap Value - Brokerage #2 | A | Dividend | J | T | Sold (part) | 01/17/18 | J | A | |
| 101. Morgan Stanley International Equity - Brokerage #2 | B | Dividend | J | T | | | | | |
| 102. Royce Opportunity - Brokerage #2 | B | Dividend | J | T | Sold (part) | 01/17/18 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E. | 04/26/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Schwab Money Market Fund - Brokerage #2 | A | Dividend | K | T | | | | | |
| 104. Westcore Mid Cap Value - Brokerage #2 | A | Dividend | J | T | | | | | |
| 105. Westcore International Small Cap - Brokerage #2 | B | Dividend | J | T | | | | | |
| 106. Metropolitan West Total Return - Brokerage #2 | B | Dividend | L | T | | | | | |
| 107. DFA Short Term Muni - Brokerage #2 | B | Dividend | M | T | | | | | |
| 108. DFA Global Real Estate - Brokerage #2 | B | Dividend | K | T | | | | | |
| 109. MainGate MLP - Brokerage #2 | B | Dividend | | | Sold | 12/20/18 | J | A | |
| 110. DFA Intl Small Cap Value - Brokerage #2 | A | Dividend | | | Sold (part) | 01/17/18 | J | A | |
| 111. DFA Intl Small Cap Value - Brokerage #2 | | None | | | Sold | 12/11/18 | J | A | |
| 112. DFA Emerging Markets Core Equity - Brokerage #2 | A | Dividend | K | T | Sold (part) | 01/17/18 | J | C | |
| 113. DFA International Value - Brokerage #2 | B | Dividend | K | T | | | | | |
| 114. Ivy Mid Cap Gowth - Brokerage #2 | B | Dividend | K | T | Sold (part) | 01/17/18 | J | B | |
| 115. DFA Int'l Large Growth - Brokerage #2 | A | Dividend | J | T | | | | | |
| 116. William Blair Large Growth - Brokerage #2 | D | Dividend | K | T | Buy (add'l) | 07/17/18 | J | | |
| 117. Thornburg Limited Term Muni - Brokerage #2 | A | Dividend | L | T | Buy (add'l) | 01/07/18 | K | | |
| 118. DFA US Small Growth - Brokerage #2 | B | Dividend | K | T | | | | | |
| 119. iShares MSCI EAFE Small Cap ETF - Brokerage #2 | A | Dividend | J | T | Buy | 12/11/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E. | 04/26/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. DFA One Year Fixed - Retirement #8 | C | Dividend | N | T | | | | | |
| 121. DFA Emerging Markets Core Equity - Retirement #8 | C | Dividend | L | T | Sold (part) | 01/17/18 | K | C | |
| 122. DFA International Value - Retirement #8 | D | Dividend | M | T | | | | | |
| 123. DFA US Large Value - Retirement #8 | D | Dividend | M | T | Buy (add'l) | 01/17/18 | K | | |
| 124. DFA US Small Value - Retirement #8 | C | Dividend | L | T | | | | | |
| 125. DFA US Micro Cap - Retirement #8 | C | Dividend | K | T | Sold (part) | 01/17/18 | J | B | |
| 126. Dodge & Cox Stock - Retirement #8 | E | Dividend | M | T | Buy (add'l) | 12/20/18 | L | | |
| 127. DFA Int'l Small Cap Value - Retirement #8 | C | Dividend | L | T | Sold (part) | 01/17/18 | K | B | |
| 128. First Eagle Overseas - Retirement #8 | C | Dividend | L | T | | | | | |
| 129. Hotchkis & Wiley Mid Cap Value - Retirement #8 | C | Dividend | L | T | Sold (part) | 01/17/18 | K | C | |
| 130. Hotchkis & Wiley Mid Cap Value - Retirement #8 | | None | | | Buy (add'l) | 04/17/18 | J | | |
| 131. Morgan Stanley Emerging Markets - Retirement #8 | B | Dividend | L | T | Sold (part) | 01/17/18 | K | C | |
| 132. Morgan Stanley International Equity - Retirement #8 | D | Dividend | L | T | | | | | |
| 133. Royce Opportunity - Retirement #8 | D | Dividend | L | T | Sold (part) | 01/17/18 | K | B | |
| 134. Schwab Money Market Fund - Retirement #8 | A | Dividend | L | T | | | | | |
| 135. Westcore Intl Small Cap - Retirement #8 | D | Dividend | K | T | | | | | |
| 136. Westcore Mid Cap Value - Retirement #8 | D | Dividend | L | T | Buy (add'l) | 04/17/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E. | 04/26/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. William Blair Large Cap Growth - Retirement #8 | E | Dividend | M | T | Buy (add'l) | 01/17/18 | J | | |
| 138. William Blair Large Cap Growth - Retirement #8 | | None | | | Buy (add'l) | 04/17/18 | J | | |
| 139. BlackRock Low Duration - Retirement #8 | D | Dividend | N | T | Buy (add'l) | 01/17/18 | K | | |
| 140. Metropolitan West Total return - Retirement #8 | D | Dividend | M | T | | | | | |
| 141. William Blair Small Growth - Retirement #8 | D | Dividend | L | T | | | | | |
| 142. Ivy Mid Growth - Retirement #8 | D | Dividend | M | T | Sold (part) | 01/17/18 | K | C | |
| 143. DFA Global Real Estate - Retirement #8 | D | Dividend | M | T | | | | | |
| 144. MainGate MLP - Retirement #8 | D | Dividend | | | Buy (add'l) | 01/17/18 | J | | |
| 145. MainGate MLP - Retirement #8 | | None | | | Buy (add'l) | 04/17/18 | J | | |
| 146. MainGate MLP - Retirement #8 | | None | | | Sold | 12/20/18 | L | A | |
| 147. Victory Global Resources - Retirement #8 | | None | | | Sold | 04/17/18 | K | A | |
| 148. Morgan Stanley AIP - Retirement #8 | D | Dividend | M | T | | | | | |
| 149. DFA International Large Growth - Retirement #8 | B | Dividend | L | T | | | | | |
| 150. DFA Short Term Govt - Retirement #8 | C | Dividend | N | T | Buy | 01/17/18 | L | | |
| 151. DFA US Small Growth - Retirement #8 | C | Dividend | L | T | | | | | |
| 152. DFA Intl Small Growth - Retirement #8 | B | Dividend | K | T | | | | | |
| 153. Equitable Variable Life - Alliance Common Stock | | None | M | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E. | 04/26/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Equitable Variable Life - Alliance International | | None | K | T | | | | | |
| 155. PNC Bank Accounts | A | Interest | J | T | | | | | |
| 156. Nantucket Bank Account | A | Interest | J | T | | | | | |
| 157. 401K Plan - John Hancock Balanced | | None | K | T | Buy (add'l) | 02/05/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pratter, Gene E. | 04/26/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Gene E. Pratter**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544